# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Government Services Corp. | ) | ASBCA No. 60367 |
| | ) | |
| Under Contract No. SP0600-13-D-4025 | ) | |

APPEARANCE FOR THE APPELLANT:   Gregory R. Rausch, Esq.
　　Magyar, Rauch & Thie, PLLC
　　Moscow, ID

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
　　DLA Chief Trial Attorney
　Jared M. Miller Esq.
　Kathryn M. Kelley, Esq.
　　Trial Attorneys
　　DLA Energy
　　Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is dismissed with prejudice.

Dated:  17 October 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60367, Appeal of Government Services Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals